1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7   FRANKLIN ARMORY HOLDINGS INC.,        Case No. 22-cv-01543-SI
    *et al.*,
8                                         **ORDER DIRECTING PLAINTIFF TO**
               Plaintiffs,                **TAKE DOWN WEBSITE AND CEASE**
9                                         **ALL SALES, ADVERTISING AND**
          v.                              **BUSINESS IN "BINARY" TRIGGERS;**
10                                        **STAYING CASE; SETTING INITIAL**
    IN THE FIELD DEFENSE, LLC,            **CASE MANAGEMENT CONFERENCE**
11                                        **FOR FEBRUARY 10, 2023 AT 3:00 P.M.**
               Defendant.
12
                                          **TO BE SERVED ON PLAINTIFFS AND**
13                                        **ROBERT GALLAGHER**

14

15          On April 8, 2022, the Court held a conference via zoom with plaintiffs' counsel and Robert

16   Gallagher.  The complaint alleges that In the Field Defense, LLC is infringing plaintiffs' trademarks

17   through the sale and advertising of "binary" triggers on https://www.inthefielddefenses.com.  Mr.

18   Gallagher is the sole member of defendant In the Field Defense, LLC, and the complaint alleges that

19   Gallagher is the alter ego of In the Field Defense, LLC.

20          Mr. Gallagher has requested a stay of this litigation pursuant to the Servicemembers Civil

21   Relief Act, 50 U.S.C. § 3932, because he is being deployed to the Middle East on April 22, 2022.

22   Mr. Gallagher also stated that he does not have any money to retain a lawyer, and he effectively

23   acknowledged that he is the alter ego of In the Field Defense, LLC.  At the conference, Mr. Gallagher

24   also stated that In the Field Defense, LLC does not have any employees and that he is the only

25   person involved in conducting the business of the company, which he runs out of his residence.

26          As discussed at the conference, the Court ORDERS Mr. Gallagher to immediately take down

27   the website for In the Defense, LLC, at www.inthefielddefenses.com, and to file a declaration stating

28   that the website has been taken down and that Gallagher and In the Field Defense, LLC have ceased

all sales, advertising, and business in "binary" triggers.[1]

Assuming Mr. Gallagher files a declaration confirming that he has taken down the website and that In the Field Defenses, LLC has ceased all sales, advertising and business in "binary" triggers, the Court finds it appropriate to stay this case pursuant to its inherent powers.  The Court's power to stay proceedings is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."  *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936).  In evaluating the propriety of a stay, the Court should consider "the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay."  *CMAX, Inc. v. Hall,* 300 F.2d 265, 268 (9th Cir.1962) (citing *Landis*, 299 U.S. at 254-55).  At the conference, plaintiffs' counsel stated that they were concerned about ongoing infringement of its trademarks.  That concern is addressed through the shutting down of In the Field Defenses' website and business in "binary" triggers.  Under these circumstances, the Court finds that the equities weigh in favor of staying this action, and that a stay is in the interest of judicial economy.

The Court will stay this action until February 1, 2023 or when Mr. Gallagher returns from his deployment, whichever is sooner.  Mr. Gallagher shall inform the Court and plaintiffs' counsel of his return date as soon as possible.  The Court sets an initial case management conference for February 10, 2023 at 3:00 p.m.

**IT IS SO ORDERED**.

Dated: April 12, 2022

_____
SUSAN ILLSTON
United States District Judge

---

[1]  On April 12, 2022, the Court attempted to access the website for In the Field Defenses, LLC, and it appears that it has been taken down.

United States District Court
Northern District of California